

**George Latimer**
County Executive

Office of the County Attorney

**John M. Nonna**
County Attorney

**MEMO ENDORSED**

November 14, 2019

*VIA ECF*
Hon. Kenneth M. Karas
United States District Court, Southern District of New York
Hon. Charles L. Brieant, Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *DiPinto v. Westchester County, et al.*, 18-cv-00793 (S.D.N.Y.)

Dear Judge Karas:

This Office represents Defendants Westchester County ("County"), Thomas Lauro, and Jeffrey Bryant (collectively "County Defendants") in the above referenced action. The County Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to Rules 4m and 12(b) of the Federal Rules of Civil Procedure is currently due on November 20, 2019.

On consent from Plaintiff's counsel, I am respectfully requesting that the briefing schedule be amended to reflect the following:

| | |
|---|---|
| December 4, 2019 | County Defendants' Motion to be filed and served; |
| January 8, 2020 | Plaintiff's opposition to be filed and served; and |
| February 5, 2020 | County Defendants' reply to be filed and served. |

I thank you in advance for your time and consideration of this matter, and should your staff need to contact me, I can be reached at (914) 995-5102.

So Ordered
K.M.K.
11/15/19

Respectfully submitted,

JOHN M. NONNA
Westchester County Attorney

By: Haylei P. Peart (5707047)

cc:   Appearing Parties- via ECF

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601      Telephone: (914)995-2660  Website: westchestergov.com