**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PHILLIP DIPINTO,

                     Plaintiff,

    -against-                                             18 **CIVIL** 793 (PMH)

                                                                         **JUDGMENT**

WESTCHESTER COUNTY, et al.,

                    Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated February 1, 2023, the motion for summary judgment is GRANTED and Plaintiff's Second Amended Complaint is dismissed; accordingly, the case is closed.

**Dated:**  New York, New York

       February 1, 2023

                                                        **RUBY J. KRAJICK**

                                                                Clerk of Court

                            **BY:**       *K. Mango*

                                                                 **Deputy Clerk**